**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
CASE NO. 3:13-cv-910-J-34JBT

FILED
2013 JUL 29 PM 3:31
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FL.

---

JENNIFER COLBERT,

       Plaintiff

v.

NCO FINANCIAL SYSTEMS, INC.

       Defendants.

**COMPLAINT**

**AND JURY TRIAL DEMANDED**

**INJUNCTIVE RELIEF SOUGHT**

---

## JURISDICTION

1.    Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.    This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*; and the Florida Consumer Collection Practices Act, §§ 559.55-559.785.

3.    Venue is proper in the Middle District of Florida because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

## PARTIES

4.    Plaintiff Jennifer Colbert is a natural person who resides in the County of Duval, State of Florida, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and a person with standing to bring a claim under the Fair Debt Collection Practices Act (hereinafter "FDCPA") by virtue of being directly affected by a violation of the Act, to wit

-1-

Plaintiff received collection letters from Defendant after Plaintiff had discharged the debt in bankruptcy.

5.       Defendant NCO FINANCIAL SYSTEMS, INC. (hereinafter "NCO"), is a conducting business in the State of Florida, Duval County, and is a debt collector under 15 U.S.C. § 1692a(6).

6.       NCO is a "debt collector" because it attempted to collect a debt from Plaintiff knowing that was in default.

7.       NCO is in violation because it attempted to collect a debt which had been previously discharged in bankruptcy.

## FACTUAL ALLEGATIONS

8.       This action involves a "debt," as the action involves an alleged obligation of a consumer to pay money arising out of a transaction in which the property that is the subject of the transaction was primarily for personal, family, and/or household purposes. § 1692a(5).

9.       On April 8, 2011, Plaintiff filed for bankruptcy relief in the Middle District of Florida (Case no. 3:12-bk-02795-PMG) and the City of Jacksonville and NCO received proper notice in Schedule F of her bankruptcy petition and schedules. See attached Exhibit A.

10.       On August 1, 2011, Plaintiff received her discharge in her bankruptcy case.

11.       At some point between August 11, 2011 and June 19, 2013, NCO bought the debt from the City of Jacksonville.

12.       On or around June 19, 2013, NCO sent the Plaintiff a demand collection notice in an effort to collect the debt. See attached Exhibit B.

13.     The demand was sent despite the fact that the debt was discharged in bankruptcy.

## CAUSES OF ACTION

### COUNT I:  VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT—15 U.S.C. § 1692 *et seq.*

14.     Plaintiff incorporates by reference Paragraphs 1-13 of the Complaint as though fully stated herein.

15.     As detailed in the preceding paragraphs, NCO sent collection statements to Plaintiff knowing the debt was discharged in bankruptcy.

16.     As such, NCO intentionally violated the FDCPA by trying to collect on a debt that was not owed.  § 1692.

17.     **Trial by Jury**:  Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.  U.S. Const. amend. 7; Fed. R. Civ. P. 38; Fla R. Civ. P. 1.430.

### COUNT II:  VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT—§§ 559.55-.785, FLA. STAT ("FCCPA")

18.     Plaintiff incorporates by reference Paragraphs 1-13 of this Complaint as though fully stated herein.

19.     At all times material, pursuant to section 559.55(2), Florida Statutes, Plaintiff was a "consumer," as Plaintiff was a natural person allegedly obligated to pay a debt as per NCO's collection/demand letter.

20.     At all times material, pursuant to section 559.55(6), Florida Statutes, NCO was a "debt collector," as NCO used an instrumentality of commerce for the purpose of

collecting a debt, by mailing the collection letter, and as otherwise provided under the same statute.

21.     Section 559.77(5), Florida Statutes, provides that interpretations of the federal courts relating to the Federal Fair Debt Collection Practices Act (hereinafter "FDCPA") shall be given great weight when applying the provision of the FCCPA.

22.     The debt for which NCO attempted to collect money on was a "consumer debt" within the meaning of section 559.55(1), as the Default Notices addressed an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which were the subject of the transaction were primarily for personal, family, or household purposes.

23.     NCO attempted to collect a debt that was not legally owed,

24.     NCO intentionally attempted to collect a debt directly against Plaintiff despite a bankruptcy court order prohibiting such collection.

25.     As a result of NCO's actions, Plaintiff suffers from mental and physical distress, because Plaintiff believed this debt and property be handled through her personal bankruptcy and Plaintiff has incurred attorney's fees and costs in pursuing this action.

**Trial by Jury**: Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. U.S. Const. amend. 7; Fed. R. Civ. P. 38; Fla R. Civ. P. 1.430.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that:

a) judgment be entered against Defendant for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); an award of actual damages, and for an award of litigation costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); injunctive and declaratory relief regarding further collection attempts; and all other relief to which Plaintiff is entitled; and

b) judgment be entered against Defendant for an award of statutory damages of $1,000.00 pursuant to Florida Statutes § 559.77; for an award of actual damages, and for an award of litigation costs and reasonable attorney's fees; injunctive and declaratory relief regarding further collection attempts; and any and all other relief to which Plaintiff is entitled and

c) judgment be entered against Defendant for an award of actual damages for Plaintiff, and any and all other relief to which Plaintiff is entitled.

Respectfully submitted,

**PARKER & DUFRESNE, P.A.**

/s/ Gregory S. Gilbert

Gregory S. Gilbert
Florida Bar No. 085916
Parker & DuFresne, P.A.
8777 San Jose Blvd., Ste. 301
Jacksonville, Florida 32217
Telephone: (904) 733-7766
Facsimile: (904) 733-2919
ggilbert@jaxlawcenter.com

**Trial Counsel for Plaintiff**

-5-

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA          )
                          )
COUNTY OF DUVAL           )

Plaintiff Jennifer Colbert, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.



Jennifer Colbert

Subscribed and sworn to before me
this 18th day of July, 2013.

Notary Public

HAHLAH W IDEIS
MY COMMISSION # EE866214
EXPIRES January 17, 2017
(407) 398-0153   FloridaNotaryService.com

-6-

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert Erick Colbert,                                          Case No.    3:11-bk-02795
         Jennifer Cuddahee Colbert
                                                    Debtors
         **SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
                                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 812066132 | | | Medical | | | | |
| Baptist P. O. Box 45094 Jacksonville, FL 32232 | | J | | | | | 300.00 |
| Account No. #7602 | | | Medical | | | | |
| Baptist Primary Care P. O. Box 44004 Jacksonville, FL 32231 | | J | | | | | 10.00 |
| Account No. #6598 | | | Medical | | | | |
| Baptist Primary Care P. O. Box 31674 Tampa, FL 33631-3674 | | J | | | | | 49.48 |
| Account No. #6598 | | | Medical | | | | |
| Baptist South Post Office Box 45094 Jacksonville, FL 32232 | | J | | | | | 10.00 |
| Account No. xxxxxxxx0000 | | | | | | | |
| City of Jacksonville 231 E. Forsyth Street Jacksonville, FL 32202 | | J | | | | | 183.33 |



Sheet no. _1_ of _15_ sheets attached to Schedule of                     Subtotal                     552.81
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

EXHIBIT

A

B6F (Official Form 6F) (12/07) - Cont.

In re     Robert Erick Colbert,                     Case No.     3:11-bk-02795
           Jennifer Cuddahee Colbert

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. #A1651<br><br>Minute Clinic Diagnostic of Florida<br>P. O. Box 8445<br>Belfast, ME 04915-8445 | | J | Medical | | | | 47.00 |
| Account No. #-QMBB1<br><br>Mori, Bean & Brooks<br>3599 University Blvd., South<br>Jacksonville, FL 32216 | | J | Medical | | | | 16.13 |
| Account No. 215911887704<br><br>National Auto Finance<br>200 Renaissance Ctr<br>Detroit, MI 48243 | | J | Opened 4/30/06  Last Active 7/08/10<br>Automobile | | | | 8,745.00 |
| Account No. 5155990004412015<br><br>Nca<br>P.O. Box 550 327 West Fourth St<br>Hutchinson, KS 67504 | | W | Opened 4/21/09<br>Collection 01 Hsbc | | | | 857.00 |
| Account No. 19532423<br><br>Nco Fin/09<br>507 Prudential Rd<br>Horsham, PA 19044 | | W | Opened 12/01/08<br>Collection City Of Jacksonville | | | | 685.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,350.13

JUL 3  2013  2:03PM

DEPT 09
Wilmington, DE 19850

**NCO FINA. .CIAL SYSTEMS, INC.**

No. 7940   P. 4

507 Prudential Road, Horsham, PA 19044

800-477-1827
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jun 19, 2013

Calls to or from this company may be monitored
or recorded for quality assurance.

*[handwritten: Fax demand.
Blank 733-2919
Sheet  ggilbert @
(Greg  jaxlawcenter.org
Gilbert]*

10322 - 393

WUF653
JENNIFER COLBERT
446 GANO CT
ORANGE PARK FL  32073-3403

| Creditor | Creditor's Acct # | CurBalDue |
|---|---|---|
| CITY OF JACKSONVILLE | NBN11007507 | 393.21 |

We have previously notified you about the above-referenced account(s) which remain(s) unpaid. A credit reporting agency has indicated that an inquiry has been made on your credit report. We hope that you are now in a better position to pay the above account(s).

To assure proper credit, please return the bottom portion of this letter, or a copy thereof, with your payment. Mail payment to the address listed below.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is 1WUF6530-9FBOCG. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

To discuss the account(s), please call 800-477-1827.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Our Account # | Current Balance Due |
|---|---|
| WUF653 | $ 393.21 |
| JENNIFER COLBERT | |
| Payment Amount | |

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 17205
WILMINGTON DE 19850-7205

NCOP 14
393

0009 000025739008 0 00039321 1 0104 1

EXHIBIT
B

B6F (Official Form 6F) (12/07) - Cont.

In re    Robert Erick Colbert,                                    Case No.    3:11-bk-02795
         Jennifer Cuddahee Colbert
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19532422 | | | Opened 12/01/08 Collection City Of Jacksonville | | | | |
| Nco Fin/09 507 Prudential Rd Horsham, PA 19044 | | W | | | | | 675.00 |
| Account No. 731102805 | | | Opened 5/06/10 Collection City Of Jacksonville | | | | |
| Nco Fin/99 Po Box 15636 Wilmington, DE 19850 | | W | | | | | 500.00 |
| Account No. 500000047016524 | | | Opened 7/26/04 Last Active 3/01/11 Educational | | | | |
| Nelnet Loans 6420 Southpoint Pkwy Jacksonville, FL 32216 | | H | | | | | 22,641.00 |
| Account No. 500000047016624 | | | Opened 7/26/04 Last Active 3/01/11 Educational | | | | |
| Nelnet Loans 6420 Southpoint Pkwy Jacksonville, FL 32216 | | H | | | | | 10,301.00 |
| Account No. #0046 | | | Medical | | | | |
| No.Fla Anesthesia Consult P. O. Box 830529 Birmingham, AL 35283-0529 | | J | | | | | 198.81 |

Sheet no. 11 of 15 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    34,315.81

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy